# Order

Michigan Supreme Court
Lansing, Michigan

January 30, 2006

129126

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HOUSEHOLD BANK (NEVADA), N A,
      Plaintiff-Appellee,

v

                                       SC: 129126
                                       COA: 259650
                                       Alcona CC: 04-000274-AV
                                       82nd DC: 03-000201-GC

RODNEY T. SMITH,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 12, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0123

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk